

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00425-CV

| | | |
|---|---|---|
| DONNA PAYNE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF NEIL HARRAH, Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-330474-21) |
| BNSF RAILWAY COMPANY, (INDIVIDUALLY AND AS SUCCESSOR-IN INTEREST TO THE BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, ATCHISON AND QUINCY RAILROAD COMPANY, BURLINGTON NORTHERN, INC., AND BURLINGTON NORTHERN RAILROAD COMPANY), Appellee | § | July 14, 2022 |
| | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Donna Payne, individually and as representative of the Estate of Neil Harrah shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
      Justice Mike Wallach